June 4, 1970

Berish *v.* Pittsburgh Steel Company, Appellant.

 *James* H. McConomy, and *Reed, Smith, Shaw & McClay,* for appellant; *Milton D. Rosenberg,* and *Bloom, Bloom, Rosenberg & Bloom,* for appellee.

Order affirmed.

Branch *v.* Kleiza, Appellant.

Argued April 14, 1970. *Amelia Kleiza,* appellant, in propria persona; *Harvey A. Miller, Jr.,* with him *Miller & Miller,* for appellee.

Decision affirmed.